UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:18-cv-81256-WPD

HOWARD COHAN,

     Plaintiff,

vs.

NORTH AMERICAN BBQ OF
BOYNTON BEACH LLC,
*d/b/a* LUCILLE'S BAD
TO THE BONE BBQ,

     Defendant,

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court on the parties' Joint Stipulation of Dismissal with Prejudice, and the Court, having considered same, having reviewed the file, and being otherwise advised in the premises, it is hereby **ORDERED AND ADJUDGED**:

All claims that were or could have been raised in this action are hereby **DISMISSED WITH PREJUDICE** except that this Court retains jurisdiction to enforce the terms of the parties' Settlement Agreement. Attorneys' fees and other recoverable costs and expenses, if any, shall be disbursed as specified by the Parties in the Agreement.

The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 6th day of November, 2018.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record